**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

VALENTIN MOKROV; EVGENE STAROV;
STANISLAVA GLEYZERMAN; INNA
LITVINEKO,

                            Plaintiffs,

      -against-

AEROFLOT; VILEN KHILCHENKO,

                          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

20 Civ. 588 (GBD)

GEORGE B. DANIELS, District Judge:

The May 28, 2020 initial conference is adjourned to August 13, 2020 at 9:30 a.m.

Dated: May 5, 2020
       New York, New York

SO ORDERED.

*George B Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE