**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

VALENTIN MOKROV; EVGENE STAROV;
STANISLAVA GLEYZERMAN; INNA
LITVINEKO,

                         Plaintiffs,

    -against-

AEROFLOT; VILEN KHILCHENKO,

                        Defendants.

------------------------------------ X

ORDER

20 Civ. 588 (GBD)

GEORGE B. DANIELS, District Judge:

    The initial conference scheduled for November 12, 2020 at 9:30 am is hereby cancelled. An oral argument on Defendants' Motion to Dismiss, (ECF 36), is scheduled for February 18, 2021 at 10:30 am.

Dated: November 5, 2020
       New York, New York

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE