**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
VALENTIN MOKROV EVGENE STAROV, STANISLAVA GLEYZERMAN, and INNA LITVINEKO,

                      Plaintiffs,

  -against-                                     20 **CIVIL** 588 (GBD)

                                              **JUDGMENT**

AEROFLOT RUSSIAN AIRLINES and VILEN KHILCHENKO,

                      Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated June 15, 2021, Defendants' motion to dismiss the Second Amended Complaint, (ECF No. 36), is granted; accordingly, the case is closed.

**Dated:**  New York, New York

        June 15, 2021

                                                  **RUBY J. KRAJICK**
                                                   **Clerk of Court**
                          **BY:**
                                                    **Deputy Clerk**